**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Richard**<br>First name<br><br>**W.**<br>Middle name<br><br>**Clemons**<br>Last name and Suffix (Sr., Jr., II, III) | **Kimberly**<br>First name<br><br>**A.**<br>Middle name<br><br>**Clemons**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3478 | xxx-xx-2074 |

Debtor 1  **Richard W. Clemons**
Debtor 2  **Kimberly A. Clemons**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

■ I have not used any business name or EINs.

Business name(s)

EIN

**5.** **Where you live**

**303 W Main St**
**Warsaw, KY 41095**
Number, Street, City, State & ZIP Code

**Gallatin**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**PO Box 361**
**Warsaw, KY 41095**
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Richard W. Clemons**
Debtor 2   **Kimberly A. Clemons**

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---------|-------------------------------------------|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Eastern District of Kentucky - Covington Division** | When | **2/27/21** | Case number | **21-20162-tnw** |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ☐ No.   Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Richard W. Clemons** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Clemons** | Case number *(if known)* |

---

**Part 3:**    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Richard W. Clemons**

Debtor 2    **Kimberly A. Clemons**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.**<br>I am currently on active military duty in a military combat zone. | ☐ **Active duty.**<br>I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Richard W. Clemons**

Debtor 2    **Kimberly A. Clemons**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Richard W. Clemons | /s/ Kimberly A. Clemons |
|---|---|
| **Richard W. Clemons** | **Kimberly A. Clemons** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **July 19, 2021** | Executed on    **July 19, 2021** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **Richard W. Clemons**

Debtor 2    **Kimberly A. Clemons**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Dolores L. Dennery**                              Date    **July 19, 2021**

Signature of Attorney for Debtor                              MM / DD / YYYY

**Dolores L. Dennery 97033**

Printed name

**Dennery, PLLC**

Firm name

**P.O. Box 121241**
**Covington, KY 41012**

Number, Street, City, State & ZIP Code

Contact phone  **859-409-5406**              Email address    **dolores@dennerypllc.com**

**97033 KY**

Bar number & State

---

AVANT
222 N. LASALLE ST
CHICAGO IL 60601


Boone County Water District
2475 Burlington Pike
Burlington KY 41005-0018


Brickhouse OpCo I LLC
4053 Maple Road Suite 122
Amherst NY 14226


Calvary SPV I, LLC
500 Summit Lake Drive, Ste. 400
Valhalla NY 10595


Capital One
c/o American InfoSource
Oklahoma City OK 73118


CAPITAL ONE BANK USA NA
PO BOX 31293
SALT LAKE CITY UT 84131


CCS/FIRST SAVINGS BANK
500 EAST 60TH ST NORTH
SIOUX FALLS SD 57104


Ceruleans Credit Card
P.O. Box 3220
Buffalo NY 14240-3220


CONSUMER PORTFOLIO SVC
PO Box 57071
Irvine CA 92619


Continental Finance Company
P.O. Box 6812
Carol Stream IL 60197-6812


Convergent Outsourcing, Inc.
800 SW 39th Street
PO Box 9004
Renton WA 98057

Credit Acceptance Corporation
25505 W Twelve Mile Rd
Southfield MI 48034


Credit Corp Solutions
c/o Quantum3 Group LLC
PO Box 788
Kirkland WA 98083


CREDITONEBNK
PO BOX 98872
LAS VEGAS NV 89193


DEPT OF ED/NAVIENT
PO BOX 9635
WILKES BARRE PA 18773


Dish Network
PO Box 94063
Palatine IL 60094-4063


DPT ED/SLM
PO BOX 9635
WILKES BARRE PA 18773


EAGLEFIN
PO Box 54927
Cincinnati OH 45254


EAGLEFINAN


ENHANCED RECOVERY CO L
PO BOX 57547
JACKSONVILLE FL 32241


Fifth Third Bank
5050 Kingsley Dr
Cincinnati OH 45227


FIRST INV SERVICING CO
380 INTERSTATE NORTH PKWY
ATLANTA GA 30339

```
FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD 57107


Gateway Community & Technical College
790 Thomas More Parkway
Ft Mitchell KY 41017


Glass Mountain Capital, LLC
1375 E. Woodfield Rd, Ste 400
Schaumburg IL 60173


Jason E. Taylor, Esq
PO Box 70069
Louisville KY 40270


Jefferson Capital System
PO Box 30281
Saint Cloud MN 56302


JPMCB CARD
PO BOX 30281
SALT LAKE CITY UT 84130


KAY JEWELERS
375 GHENT RD
AKRON OH 44333


Kohl's Peritus Portfolio Services
PO Box 141509
Irving TX 75014


KOHLS/CAPONE
PO BOX 3115
MILWAUKEE WI 53201


KY HIGHER EDUCATION AA
P.O. BOX 798
FRANKFORT KY 40602


KY HIGHER EDUCATION SL
PO BOX 24328
LOUISVILLE KY 40224
```

LENDING CLUB CORP
595 MARKET ST
SAN FRANCISCO CA 94105


LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO Box 10587
Greenville SC 29603


LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
GREENVILLE SC 29602


MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM MD 21236


McCluskey Automotive LLC
9024 Colerain Ave
Cincinnati OH 45251


MERRICK BANK CORP
c/o Resurgent Capital Services
PO Box 10368
Greenville SC 29603


MIDLAND CREDIT MANAGEMENT
320 EAST BIG BEAVER
TROY MI 48083


MIDLAND CREDIT MANAGEMENT
PO Box 2037
Warren MI 48090


Mobile Loans
PO Box 1409
Marksville LA 71351


NATIONAL CREDIT ADJUST
P.O. BOX 550
HUTCHINSON KS 67504


NAVIENT
PO BOX 9500
WILKES BARRE PA 18773

NAVIENT Solutions
PO BOX 9635
WILKES BARRE PA 18773


NCB MANAGEMENT SERVICE
1 ALLIED DRIVE
TREVOSE PA 19053


NCB Management Services, Inc.
PO Box 1099
Langhorne PA 19047


Orion Portfolio Services II LLC
c/o PRA Receivables Management, LLC
Norfolk VA 23541


Owen Electric
Main Office
8205 Highway 127 N
PO Box 400
Owenton KY 40359-0400


Phillip & Cohen Associates Ltd
Mail Stop: 146
1002 Justison St
Wilmington DE 19801


PLAIN GREEN
93 MACK ROAD SUITE 600
BOX ELDER MT 59521


Republic Bank & Trust Company
Elastic Payment Processing
PO Box 950276
Louisville KY 40295


RISE/FINWISE/EDS
4150 INTERNATIONAL PLAZA
FORT WORTH TX 76109


SALLIE MAE
PO BOX 9500
WILKES BARRE PA 18773

St. Elizabeth Healthcare
PO Box 630856
Cincinnati OH 45263-0856


St. Elizabeth Physicians
PO Box 630839
Cincinnati OH 45263-0839


SYNCB/JCP
PO BOX 965007
ORLANDO FL 32896


TBOM/CONTFIN
POB 8099
NEWARK DE 19714


TBOM/MILESTONE
PO BOX 4499
BEAVERTON OR 97076


TELECOM SELF-REPORTED
PO BOX 4500
ALLEN TX 75013


the Hartford
PO Box 660912
Dallas TX 75266


TRIDENT ASSET MANAGEME
10375 OLD ALABAMA ROAD CO
ALPHARETTA GA 30022


UTILITY SELF-REPORTED
PO BOX 4500
ALLEN TX 75013


Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City OK 73118


WATERFALL REVENUE GROU
101 GROVERS MILL ROAD
LAWRENCEVILLE NJ 08648

```
WEBBANK/FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303


WESTCREEK FI
4951 LAKE BROOK DR
GLEN ALLEN VA 23060


WESTERN GOVERNO
300 CHATHAM AVENUE
ROCK HILL SC 29731


WISCONSIN CHEESEMAN
PO BOX 1
MADISON WI 53782
```